# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAJID IPAYE, <br><br> individually and on behalf of all others similarly situated, <br>                 Plaintiff, <br><br> v. <br><br> e4 Services, LLC <br><br>                 Defendant. | No. 5:25-cv-01761 |

## JOINT STIPULATION AND MOTION FOR ENTRY OF ORDER APPROVING CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b)

The Parties, by and through their counsel, jointly move the Court for an order approving conditional certification and court-authorized notice under Section 216(b) of the Fair Labor Standards Act of 1938 ("FLSA"). In support of this request, the Parties jointly stipulate and move as follows:

1. The Parties, through their respective counsel, have conferred in good faith regarding the issue of conditional certification under 29 U.S.C. § 216(b).

2. In order to avoid unnecessary expense and in the interests of judicial economy, Defendant has agreed to stipulate to conditional certification of the collective as set forth herein.

3. Accordingly, the Parties move for entry of an Order Approving Conditional Certification of a Collective Action Under 29 U.S.C. § 216(b) and Approving Court-Authorized Notice according to the following stipulated terms and procedures.

*Definition of the Collective*

4. The collective action shall consist of the following individuals to be conditionally certified and receive notice of this lawsuit pursuant to 29 U.S.C. § 216(b) (the "Collective"):

   **All At-the-Elbow Consultants who worked for e4 providing training and support to e4's clients in using electronic recordkeeping systems at Bon Secours Community Hospital in Port Jervis, New York, on the Cerner "Go-Live" Implementation Project for WMC-Bon Secours Charity Health System, from April 2022 to the present, who were classified as independent contractors and who did not receive overtime compensation for hours worked in excess of forty (40) per week.**

*Approval of Notice*

5. The Parties stipulate to the terms of the Notice of Lawsuit and Opt-In Consent Form attached hereto as Exhibits A and B respectively. The Parties jointly request Court approval of both the Notice and Opt-In Consent Form.

*Procedures and Deadlines for Notice and Opt-Ins*

8. The Parties jointly stipulate and move for approval of the following procedures and deadlines with respect to notice to the Collective:

   a. Within fourteen (14) days from the date of the Court's Order, Defendant shall serve on Plaintiff's counsel, in native Excel electronic format, a list of potential Collective members to include the name, last known mailing address and last known email address for each individual in the Collective.

   b. Within five (5) business days from the date of service by Defendant of the above list, Plaintiff's counsel shall cause to be mailed, emailed, at Plaintiff's counsel's expense, the approved Notice and Opt-In Consent Form to the

Collective. Plaintiff's Counsel will simultaneously send a single copy of the Notice and a single copy of the Opt-In Consent Form to each individual, separately, via regular mail and electronic mail. The body of the email to be sent to the Collective shall be generic and it shall be shown to Defendant's counsel at least three (3) business days prior to the anticipated sending date and it shall be approved by Defendant's counsel.

c. Any member of the Collective shall have forty-five (45) days from the date of mailing to return a signed copy of the Opt-In Consent Form to Plaintiff's Counsel for filing. Opt-In Consents will be deemed filed on the day they are stamped as received by Plaintiff's counsel. All Opt-In Consents that are received by mail must be postmarked or marked submitted (if electronic) within forty-five (45) days from the date of mailing.

d. There will not be any reminder notice sent to any individual.

e. Plaintiff's counsel will electronically file all returned Opt-In Consent Forms on a weekly basis.

WHEREFORE, the Parties respectfully request that the Court enter an order approving this Motion and the relief sought herein.

Dated: October 8, 2025

                Respectfully submitted,

                s/ Olena Savytska

                Harold L. Lichten (*pro hac vice*)
                Email: hlichten@llrlaw.com
                Olena Savytska (*pro hac vice*)
                Email: osavytska@llrlaw.com

**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston St., Suite 2000
Boston, MA 02116

*Counsel for Plaintiff and the Proposed Collective*


  */s/ David F. McComb*
  David F. McComb
  **ZARWIN BAUM DEVITO KAPLAN SCHAER TODDY**
  One Commerce Square
  2005 Market Street, 16th Floor
  Philadelphia, PA 19103
  dfmccomb@zarwin.com
  Tel: (267) 765-9628
  Fax: (267) 765-9678

  Shawn D. Fabian (admitted *pro hac vice*)
  Umar Sattar (admitted *pro hac vice*)
  **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
  321 N. Clark St., 32nd Floor
  Chicago, Illinois 60654
  sfabian@sheppardmullin.com
  usattar@sheppardmullin.com
  Tel: (312) 499-6300

  *Counsel for Defendant*