IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAJID IPAYE, individually and on behalf of all others similarly situated,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>E4 SERVICES, LLC,<br>　　　　Defendant. | Civil No. 5:25-cv-01761-JLS |

### ORDER

**AND NOW,** this 24th day of October, 2025, **IT IS HEREBY ORDERED** that pursuant to the terms of the Parties' Stipulation [Doc. 37], the Conditional Certification of a Collective Action Under 29 U.S.C. § 216(b) and Court-Authorized Notice is **APPROVED.**

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　*/s/ Jeffrey L. Schmehl*
　　　　　　　　　　　　　　　　**JEFFREY L. SCHMEHL, J.**